UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY A. McCAMEY,

                Plaintiff,

    v.

MONROE CORRECTIONS CENTER, *et al.*,

                Defendants.

Case No. C19-374-RAJ-MLP

REPORT AND RECOMMENDATION

On March 13, 2019, Plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. # 1.) Plaintiff alleged therein that corrections officers at the Washington State Reformatory – Intensive Management Unit made improper comments of a sexual nature to him, and that the officers have a history of making such comments and of bullying, harassing, and intimidating offenders. (*See* Dkt. # 1-1 at 3.) Plaintiff submitted with his complaint an application to proceed with this action *in forma pauperis*. (Dkt. # 1.) However, Plaintiff failed to sign the Acknowledgment and Authorization page of the form and he failed to include with his application a copy of his prison trust account statement. On March 14, 2019, the Clerk sent Plaintiff a letter explaining these deficiencies and advising him that he would have to

REPORT AND RECOMMENDATION - 1

correct the deficiencies by April 15, 2019, or risk dismissal of this action. (Dkt. # 3.) To date, Plaintiff has not corrected the noted deficiencies.

As Plaintiff has had ample time to correct the deficiencies in his *in forma pauperis* application materials, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of this Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

DATED this 8th day of May, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2