UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY A. McCAMEY,

                Plaintiff,

v.

MONROE CORRECTIONS CENTER, *et al.*,

                Defendants.

Case No. C19-374-RAJ

ORDER DISMISSING ACTION

      The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

      (1)    The Report and Recommendation is approved and adopted.

      (2)    This action is DISMISSED without prejudice for failure to prosecute.

      (3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Peterson.

      DATED this 27th day of June, 2019.

                                                */s/ Richard A. Jones*

                                                The Honorable Richard A. Jones
                                                United States District Judge

ORDER DISMISSING ACTION - 1